﻿Citation Nr: AXXXXXXXX
Decision Date: 07/31/20 Archive Date: 07/31/20

DOCKET NO. 190315-3995
DATE: July 31, 2020

ORDER

The appeal of the issues of entitlement to service connection for chronic bronchitis, erectile dysfunction, bilateral hearing loss, and migraines is dismissed.

FINDING OF FACT

In September 2019, prior to the promulgation of a decision in the appeal, the Veteran requested to withdraw all issues on appeal.

CONCLUSION OF LAW

The criteria for withdrawal of the appeal of the issues of entitlement to service connection for chronic bronchitis, erectile dysfunction, bilateral hearing loss, and migraines by the Veteran are met. 38 U.S.C. § 7105(b)(2), (d)(5); 38 C.F.R. § 20.202, 20.204 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Board acknowledges that in the Veteran’s September 2019 written statement he refers to the tinnitus claim. As the tinnitus claim was granted in a March 2019 rating decision, this claim was not on appeal. As such, the Board interprets that as a clerical error, with the Veteran intending to refer to the bilateral hearing loss claim that is on appeal. In any event, the Veteran very clearly indicated that he wanted to withdraw the appeal he submitted on March 15, 2019, which includes all of the above issues. 

Under 38 U.S.C. § 7105, the Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. A Substantive Appeal may be withdrawn in writing at any time before the Board promulgates a decision. 38 C.F.R. § 20.202, 20.204. Withdrawal may be made by the Veteran or by his or her authorized representative. 38 C.F.R. § 20.204.

The Veteran submitted written notification to VA in September 2019, requesting a withdrawal of all issues on appeal. See September 24, 2019 correspondence. Phone communication with the Veteran confirms his desire to withdraw all issues on appeal. See discussion thread documenting an October 29, 2019 phone conversation. Hence, there remain no allegations of error of fact or law for appellate consideration.

Accordingly, the Board does not have jurisdiction to review the issues on appeal, and they are dismissed.

 

 

MARTIN B. PETERS

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board T. Talamantes

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.